IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA HARDWICK, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) 2:20-cv-00060 |
| v. | ) ) |
| CONSUMER GUARDIAN SPECIALISTS, LLC, D/B/A CREDIT SHIELD, AND SARAH YOUNG, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

AND NOW this 26th day of March, 2021, for the reasons stated in the Court's Opinion of this date, the Court **GRANTS** in part Defendants' Motion to Dismiss (ECF No. 43) to the extent it seeks to dismiss the Amended Complaint's (ECF No. 34) claims against Defendant Sarah Young for want of personal jurisdiction. Accordingly, the Court **DISMISSES** the Amended Complaint's claims against Sarah Young without prejudice.

As for the claims brought against Consumer Guardian Specialists LLC, d/b/a Credit Shield ("Consumer Guardian"), the Court, on the record at present, holds in abeyance its decision to grant Defendants' Motion to Dismiss as to Consumer Guardian pending completion of limited jurisdictional discovery regarding Consumer Guardian's jurisdictional contacts with Pennsylvania. The parties will have sixty (60) days from the date of this Order to complete limited jurisdictional discovery regarding Consumer Guardian's contacts with Pennsylvania.

This action will be stayed and administratively closed during that period of limited jurisdictional discovery and during the pendency of any renewal of the Motion to Dismiss as to Consumer Guardian. Further, the parties shall file a joint status report as to the conduct of such discovery thirty (30) days after the date of this Order.

 s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

cc:   All counsel of record