## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA HARDWICK, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | )   2:20-cv-00060 ) |
| v. | ) ) |
| CONSUMER GUARDIAN SPECIALISTS, LLC, D/B/A CREDIT SHIELD, | ) ) ) |
| Defendants. | ) ) ) |

### ORDER

AND NOW this 7th day of March, 2022, for the reasons set forth in the Court's Opinion of this date, Defendant Consumer Guardian's Motion to Dismiss for Lack of Personal Jurisdiction and Venue is **GRANTED in Part and DENIED** in part as follows. The Motion to Dismiss for Lack of Personal Jurisdiction is **DENIED**. Because venue is improper in the Western District of Pennsylvania, but is proper in the Middle District of Pennsylvania, the Motion to Dismiss for Lack of venue is **GRANTED** and the Court **TRANSFERS** this case to the Middle District of Pennsylvania forthwith. The balance of the Defendant's Motions are dismissed without prejudice.

The Clerk of the Court will cause the transfer of this case to the United States District Court for the Middle District of Pennsylvania forthwith.

/s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

cc:   All counsel of record